COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LUCY GALINDO WILLIAMS, | § | No. 08-08-00349-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Crockett County, Texas |
| | § | |
| Appellee. | § | (TC# 2387) |
| | § | |

**<u>MEMORANDUM  OPINION</u>**

Lucy Galindo Williams appeals a conviction for the offense of delivery of a controlled substance.  Appellant plead guilty to the charged offense and requested the trial court assess punishment.  The trial court sentenced Appellant to 180 days' imprisonment in the State Jail Division of the Texas Department of Criminal Justice.  We affirm.

Appellant's appointed counsel has filed a brief in which she concludes that the appeal is frivolous and without merit.  Appellate counsel states that she has studied the record and has found no error preserved for appeal that could serve as grounds for reversible error.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record, and demonstrating why, in effect, there are no arguable grounds to be advanced.[1]  *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978).  A copy of counsel's brief

---

[1] A copy of counsel's brief has been delivered to Appellant informing her of her right to file a brief *pro se*.  Appellant has not done so.

has been delivered to Appellant, and Appellant has been advised of her right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed.

The record reflects that Appellant judicially confessed to the facts as alleged in the indictment and was admonished in writing of the consequences of her guilty plea pursuant to Article 26.13 of the Texas Code of Criminal Procedure. Based on the record before us, the guilty plea appears to have been freely and voluntarily made by Appellant. We have carefully reviewed the entire record and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that may arguably support the appeal. Accordingly, we affirm the trial court's judgment.

September 30, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)